IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00540-PAB-BNB

JONATHAN AIN,

     Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

     Defendant.

## ORDER OF RECUSAL

     This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant UNUM Life Insurance Company of America. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

     ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

     Dated: October 31, 2008.

                              BY THE COURT:

                              s/ Philip A. Brimmer
                              Philip A. Brimmer
                              U. S. District Judge