IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00540-WYD-BNB

JONATHAN AIN,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Amend the Complaint and Jury Demand to Include an Additional Claim for Fraud** [Doc. # 25, filed 10/31/2008] (the "Motion to Amend"). The defendant does not oppose the amendment. See Unum's Statement of No Opposition to Ain's Motion to Amend [Doc. # 32, filed 12//1/2008] at ¶4.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 26].

IT IS FURTHER ORDERED that the defendant shall respond to the Amended Complaint within 10 days.

IT IS FURTHER ORDERED that the hearing on the Motion to Amend set for December 5, 2008, at 9:00 a.m., is VACATED.

Dated December 1, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge