UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00540-WYD-BNB

JONATHAN AIN,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Withdraw Plaintiff's Objections to Defendant Unum's Subpoena Duces Tecum to Mary Fuller [doc. #91], filed July 15, 2009, is **GRANTED**. Plaintiff's Objection to Defendant Unum's Subpoena Duces Tecum to Mary Fuller [doc. #89], filed July 14, 2009, is **WITHDRAWN**.

    Dated:  July 15, 2009.