IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00540-WYD-BNB

JONATHAN AIN,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

---

**ORDER**

---

The attached exhibit lists are accepted as indicated[1] and are made a part of the Final Pretrial Order [Doc. # 102].

SO ORDERED.

Dated August 28, 2009.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

---

[1] Plaintiff's exhibits 135 through 139 are stricken and refused as improper catch-all categories.