IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00540-WYD-BNB

JONATHAN AIN,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER

Upon review of the Defendant's Motion for Leave to File Motion for Partial Summary Judgment and Plaintiff's Response, and the file, I find the Defendant has not demonstrated good cause for filing a second motion for partial summary judgment. Therefore, it is hereby

ORDERED that Defendant's Motion for Leave to File Motion for Partial Summary Judgment [doc. #115], filed October 5, 2009, is **DENIED.** It is

Further ORDERED that the Second Motion for Partial Summary Judgment, [doc. #116], filed October 5, 2009 is **STRICKEN**.

Dated October 20, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE