IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.   08-cv-00540-WYD-BNB           Date: November 17, 2009
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A-401

---

JONATHAN AIN,                                    Deirdre Ostrowski
                                                 William Keating
          Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY                      Jack Englert, Jr
OF AMERICA,                                      Robert Thomas

          Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:       1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendant's motion for leave to amend answer to plaintiff's second amended complaint and jury demand [doc. #121; filed 10/26/09] is granted as stated on the record.**

Court in Recess      2:04 p.m.      Hearing concluded.     Total time in Court:   00:31

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.