UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00540-WYD-BNB

JONATHAN AIN,

      Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff Ain's Motion For Clarification Regarding Filing A Response To Defendant UNUM Life Insurance Company of America' s Motion In Limine, [doc. #136], filed November 23, 2009 is **DENIED**.  The Court finds the Defendant's Motions substantially comply with this Court's practice standards.  To the extent Plaintiff requests excess pages for its responsive briefs, Plaintiff must file a separate motion.

      Dated:  November 23, 2009.