**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   December 22, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **08-cv-00540-WYD-BNB**          Counsel:

**JONATHAN AIN**,                                         William L. Keating
                                                        Deidre E. Ostrowski
           Plaintiff,

v.

**UNUM LIFE INSURANCE COMPANY OF**          Jack M. Englert, Jr.
**AMERICA**,                                          Robert M. Thomas

           Defendant.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**10:05 a.m.**     Court in Session

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

**ORDERED:**   Parties shall submit revised jury instructions and a joint statement of the case jury instruction not later than **Monday, January 4, 2010.**

**ORDERED:**   Parties shall submit revised witness and exhibit lists not later than **Monday, January 4, 2010.**

**ORDERED:**   Parties shall file an advisement as to settlement negotiations not later than **Monday, January 4, 2010.**

|  |  |
|---|---|
|  | Defendant's Motion in Limine to Exclude Ain's Exhibits 25, 27, 102, 123-133 [134], filed November 19, 2009, is raised for argument. |
| 10:16 a.m. | Argument by Plaintiff (Mr. Keating). |
| 10:39 a.m. | Argument by Defendant (Mr. Thomas). |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Ain's Exhibits 25, 27, 102, 123-133 [134], filed November 19, 2009, is **GRANTED IN PART and DEFERRED IN PART.** |
|  | Defendant's Motion in Limine to Exclude Ain's Exhibits 115 through 122 [128], filed November 6, 2009, is raised for argument. |
| 10:47 a.m. | Argument by Plaintiff (Mr. Keating). |
| 10:50 a.m. | Argument by Defendant (Mr. Thomas). |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Ain's Exhibits 115 through 122 [128], filed November 6, 2009, is **DEFERRED.** |
|  | Defendant's Motion in Limine to Exclude Evidence Pertaining to Detective Biff Lagen [129], filed November 9, 2009, is raised for argument. |
| 10:53 a.m. | Argument by Defendant (Mr. Thomas). |
| 10:55 a.m. | Argument by Plaintiff (Mr. Keating). |
| 11:02 a.m. | Argument by Defendant (Mr. Englert). |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Evidence Pertaining to Detective Biff Lagen [129], filed November 9, 2009, is **DEFERRED.** |
| 11:05 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Each side will be allowed opening statements not to exceed **forty-five (45) minutes.** |
| 11:06 a.m. | Court outlines jury selection process and trial procedures. |
| **ORDERED:** | Counsel shall arrive on **Monday, January 11, 2010, at 8:30 a.m.** |

11:12 a.m.   Discussion regarding the use of deposition designations and videotape depositions at trial.

**11:15 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:10**