**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 13, 2010 |
| E.C.R./Reporter:       Therese Lindblom | |

Civil Action No:  **08-cv-00540-WYD-BNB**          Counsel:

**JONATHAN AIN**,                                              William L. Keating
                                                                            Deidre E. Ostrowski
               Plaintiff,

v.

**UNUM LIFE INSURANCE COMPANY OF**          Jack M. Englert, Jr.
**AMERICA**,                                                       Robert M. Thomas

               Defendant.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 3)**

**9:15 a.m.**       Court in Session - Jury enters

9:17 a.m.          Plaintiff's witness **Lorie J. Rosen** resumes.

                        Direct examination by Plaintiff (Mr. Keating).
                        ***EX ID:          36, 30, 19, E, 18, 19, E, 14, 17, 16, 11, 16, 136, 18, 8***

**Exhibit/s 30, 19, E (page 1 only), 17, 16, 8 (pages 1 through 14 only) RECEIVED.**

10:29 a.m.        Jury excused

                        Court's remarks to counsel and parties about remaining civil and respectful.

**10:30 a.m.**     Court in Recess

| | |
|---|---|
| **10:53 a.m.** | Court in Session - Jury enters |
| 10:54 a.m. | Plaintiff's witness **Lorie J. Rosen** resumes. |

Direct examination by Plaintiff continues (Mr. Keating).
***EX ID:*** ***deposition of Lorie Rosen 1/8/09 for purposes of impeachment, 60***

| | |
|---|---|
| 11:07 a.m. | Jury excused |

Discussion and argument regarding objection by Defendant to exhibits 59 and 60.

| | |
|---|---|
| 11:09 a.m. | Direct examination by Plaintiff continues (Mr. Keating). |

***EX ID:*** ***60, 59***

| | |
|---|---|
| 11:15 a.m. | Further discussion and argument regarding objection by Defendant to exhibit 59, 60, and 61 - **SUSTAINED IN PART and OVERRULED IN PART.** Exhibit 61 shall be redacted as set forth by the Court on the record. Objection by Defendant is **SUSTAINED** as to exhibit 60 and **OVERRULED** as to exhibit 59. |
| 11:32 a.m. | Direct examination by Plaintiff continues (Mr. Keating). |
| 11:33 a.m. | Jury enters |

Plaintiff's witness **Lorie J. Rosen** resumes.

Direct examination by Plaintiff continues (Mr. Keating).
***EX ID:*** ***59, 61, 40, 28***

**Exhibit/s 59, 61 (as redacted), 40 RECEIVED.**

| | |
|---|---|
| 12:03 p.m. | Jury excused |
| **ORDERED:** | Plaintiff shall submit a paper version of redacted exhibit 61 after lunch. |
| **12:04 p.m.** | Court in Recess |
| **1:42 p.m.** | Court in Session - Jury not present |

Discussion regarding schedule of witnesses this afternoon and tomorrow.

| | |
|---|---|
| 1:45 p.m. | Jury enters |

| | |
|---|---|
| 1:45 p.m. | Plaintiff's witness **Lorie J. Rosen** resumes. |
| | Cross examination by Defendant (Mr. Englert). <br> ***EX ID:***  ***E, 18, 16, 9*** |

**Exhibit/s 9 RECEIVED.**

| | |
|---|---|
| 2:22 p.m. | Plaintiff's witness **Mary Elizabeth Fuller** sworn. |
| | Direct examination by Plaintiff (Mr. Keating). <br> ***EX ID:***  ***136*** |

**Exhibit/s 136 REFUSED.**

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| **3:21 p.m.** | Court in Recess |
| **3:52 p.m.** | Court in Session - Jury enters |
| 3:54 p.m. | Plaintiff's witness **Mary Elizabeth Fuller** resumes. |
| | Direct examination by Plaintiff continues (Mr. Keating). <br> ***EX ID:***  ***30, 8, 23, 81, 66, 61, 89*** |

**Exhibit/s 81 (pages 2 and 3 only), 66 RECEIVED.**

| | |
|---|---|
| 4:57 p.m. | Discussion regarding schedule for tomorrow. |
| 5:00 p.m. | Jury excused for the evening. |
| | Discussion and argument regarding objection by Defendant to exhibit 89 - **SUSTAINED IN PART and OVERRULED IN PART as outlined by the Court.** |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Evidence Pertaining to Detective Biff Lagen, Colorado Division of Insurance, and Florida Division of Financial Services [129], filed November 9, 2009, is **GRANTED IN PART and DENIED IN PART.** Plaintiff's witness Mary Fuller is only allowed to testify on what information UNUM provided to Lagan and opine on whether providing such information was proper based on insurance industry standards. |
| **5:38 p.m.** | Court in Recess - TRIAL CONTINUED |

**TOTAL TIME:   5:51**