IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   08-cv-00540-WYD-BNB

JONATHAN AIN,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

    It is STIPULATED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado, this 27th day of January, 2010.

        BY THE COURT:

        s\ Wiley Y. Daniel
        WILEY Y. DANIEL,
        CHIEF U. S. DISTRICT JUDGE