IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00540-WYD-BNB

JONATHAN AIN,

   Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

   Defendant.

# ORDER

THIS MATTER comes before me on the Parties' Joint Motion to Amend Judgment Under FED. R. CIV. P. 59(e) filed February 11, 2010 [d/e 225].  Having reviewed the parties' motion, and finding that good cause exists to remove the award of punitive damages against Defendant Unum Life Insurance Company, I find that the parties motion should be granted.  Accordingly, it is

ORDERED that the Parties' Joint Motion to Amend Judgment Under FED. R. CIV. P. 59(e) filed February 11, 2010 [d/e 225] is **GRANTED**.  The Judgment entered on February 4, 2010 is hereby amended to eliminate the jury's award of $75,000 in punitive

damages against Defendant Unum Life Insurance Company.

Dated February 17, 2010

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE