IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00540-WYD-BNB

JONATHAN AIN,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

**ORDER**

THIS MATTER comes before me on the Parties' Joint Motion to Vacate Judgment filed March 5, 2010 [d/e 228] and Joint Stipulation for Dismissal filed March 5, 2010 [d/e 229]. Having reviewed the parties' motions and the applicable law, I find that the parties' motions should be granted. Accordingly, it is

ORDERED that the Parties' Joint Motion to Vacate Judgment filed March 5, 2010 [d/e 228] and Joint Stipulation for Dismissal filed March 5, 2010 [d/e 229] are **GRANTED**. The Amended Judgment entered on February 24, 2010 [d/e 227] is **VACATED** and this matter is **DISMISSED WITH PREJUDICE** each party to bear their own costs and legal fees.

    Dated March 10, 2010

                                          BY THE COURT:

                                          **s/ Wiley Y. Daniel**
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE